# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **LATARICIA KELLER** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No. 1:19cv988-HSO-JCG** |
| | § | |
| **CERTAIN UNDERWRITERS AT LLOYD'S LONDON and JOHN and JANE DOES A, B, C, D, and E** | § | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**SO ORDERED** this the 1st day of March, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE